**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA TOWNSEND,<br><br>  Plaintiff<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>  Defendant | Case No.: 2:23-cv-00540-APG-VCF<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Pamela Townsend's certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of plaintiff Pamela Townsend as required by the recent amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by April 21, 2023.

DATED this 12th day of April, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE