Paul D. Powell (7488)
Traysen N. Turner (16017)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tturner@tplf.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA TOWNSEND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | Case No. 2:23-cv-00540-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

The parties hereby stipulate that the above-entitled matter be dismissed without prejudice. Each party to bear their own attorney's fees and costs.

Dated May 10, 2023.

**THE POWELL LAW FIRM**

By: /s/ Paul D. Powell
Paul D. Powell (7488)
Traysen N. Turner (16017)
Attorneys for Plaintiff

Dated May 10, 2023.

**KEATING LAW GROUP**

By: /s/ John T. Keating
John T. Keating (6373)
Attorneys for Defendants

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 15, 2023

- 1 -